# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 06-1676

———————

George Poole,                              *
                                           *
            Appellant,                     *
                                           *  Appeal from the United States
      v.                                   *  District Court for the
                                           *  Eastern District of Missouri.
Chris Cassaday; Michael Bolin; City of     *
Cool Valley; Gregory Bolin,                *      [UNPUBLISHED]
                                           *
            Appellee.                      *

———————

Submitted: October 2, 2007
     Filed:  November 14, 2007

———————

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

      George Poole appeals the district court's[1] adverse grant of summary judgment in his civil rights action.  Upon careful review of the record, see Lawyer v. City of Council Bluffs, 361 F.3d 1099, 1103 (8th Cir. 2004) (standard of review), we affirm for the reasons stated by the district court in its well-reasoned opinion, see 8th Cir. R. 47B.

———————————————————————

———————————

      [1]The Honorable Audrey G. Fleissig, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).